UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-22812-JLK/Becerra

WESTON MSIKITA,

    Plaintiff,
v.

SECRETARY, U.S. DEPARTMENT
OF AGRICULTURE ANIMAL AND
PLANT HEALTH INSPECTION
SERVICE (APHIS), U.S. DEPARTMENT
OF AGRICULTURE,

    Defendant.

_____/

**ORDER ON *PRO SE* LETTER AFFIRMING REPORT AND RECCOMENDATION**

THIS CAUSE comes before the Court upon Magistrate Judge Jacqueline Becerra's September 29, 2021 Report & Recommendation (R&R) (DE 14). Plaintiff's *pro se* Letter (DE 12) was referred to Magistrate Judge Becerra. DE 13. There have been no objections filed.

After a thorough review of the record, and consideration of the R&R, the Court concludes that the R&R properly addresses Plaintiff's Letter, is well-reasoned, and accurately states the facts and law of the case. Plaintiff remains responsible to stay current with this case, including the obligation to comply with all Court orders and other procedural obligations. R&R at 2.

Accordingly, it is **ORDERED, ADJUDGED and DECREED** that Magistrate Judge Jacqueline Becerra's September 29, 2021 Report & Recommendation **(DE 14)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida dated this 18th day of October, 2021.

_____
HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:     **All Counsel of Record**
       **Magistrate Judge Jacqueline Becerra**
       **Weston Msikita,** *pro se*